IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>$84,000 IN UNITED STATES CURRENCY,<br><br>  Defendant. | 8:13-CV-323<br><br>ORDER |

    This matter is before the Court on the withdrawal of claimant Mor Wendy Yang's answer. With the withdrawal of that answer, the Clerk of the Court will be directed to enter default against the defendant and any other unknown individuals.

    A Complaint for Forfeiture *In Rem* (filing 1) was filed on October 28, 2013. A Warrant for Arrest *In Rem* (filing 4) was issued and properly served on the defendant property by the United States Marshals Service. *See* filing 7. Publication of the notice of this action and of the arrest of the defendant property was made pursuant to an order entered by the United States Magistrate Judge on November 5. Filing 6. The claimant appeared by answer filed December 16 (filing 8), but has now agreed to withdrawal of that answer and the entry of a decree of forfeiture in this case.

    As directed by the Magistrate Judge's order (filing 6), a Notice of Criminal Forfeiture was posted beginning on November 7, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A declaration of publication (filing 16) was filed on May 30, 2014, and, from a review of the Court file, the Court finds that no claims have been made.

    No person or entity entitled to the defendant property has filed a claim or an answer in response to plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law. Accordingly, the Court will direct the clerk's office to enter a default and direct the plaintiff to move for default judgment.

IT IS ORDERED:

1. The Clerk of the Court is directed to enter default against the defendant $84,000 in United States Currency, Mor Wendy Yang, and any other unknown individuals, pursuant to Fed. R. Civ. P. 55(a).

2. The plaintiff is directed to file, on or before April 17, 2015, a motion for default judgment, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

Dated this 24th day of March, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge