IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br><br>$84,000.00 IN UNITED STATES CURRENCY<br>           Defendant,<br><br>MOR WENDY YANG,<br>           Claimant. | CASE NO: 8:13cv323<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibit number(s):  Exhibit 1

    Hearing type(s):    Motion to Suppress hearing

    Date of hearing(s):  September 11, 2014

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

    IT IS SO ORDERED.

    September 25, 2015

                                                      s/ John M. Gerrard
                                                      United States District Judge